USDS SDNY
DOCUMENT
ELECTRONICALLY FIL.
DOC #:
DATE FILED: 6-10-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
THE NEW YORK CITY DISTRICT COUNCIL :
OF CARPENTERS PENSION FUND, et al.,:
                                   :
              Plaintiffs,          :    10 Civ. 2203
                                   :
     - against -                   :
                                   :    **ORDER**
JOY CONTRACTORS, INC.,             :
                                   :
              Defendant.           :
--------------------------------X

**VICTOR MARRERO, United States District Judge.**

Plaintiffs brought this action pursuant to Section 9 of the
Federal Arbitration Act, 9 U.S.C. § 9, to confirm an arbitrator's
award entailing recovery of contributions to employee benefit funds
payable under a collective bargaining agreement and pursuant to the
Labor Management Relations Act, 29 U.S.C. § 185 and the Employee
Retirement Income Security Act, 29 U.S.C. §§ 1132 and 1145. By
Order dated March 18, 2010, the Court directed defendant to inform
the Court by March 25, 2010 whether it contemplated filing
opposition to the confirmation of this award and, if so, to set
forth its good faith basis for any challenge. The docket sheet and
the Court's files for this action indicate no response to that
Order, although the Court notes that defendant was served process
in the action on March 25, 2010. By further Order dated April 9,
2010 the Court directed that in the event by April 20, 2010
defendant had not responded to the Court's March 18, 2010 Order,
the Court would enter judgment in favor of plaintiffs confirming
the award. The Court has no record that defendant filed any

response to its April 9, 2010 Order.   Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to enter judgment

confirming the award dated April 3, 2009 rendered by in arbitration

by Arbitrator Roger E. Maher in favor of plaintiffs herein against

defendant Joy Contractors, Inc. in the aggregate amount of

$145,421.18, with interest to accrue at the rate of 5.25% per annum

from the date of the award, plus reasonable attorney's fees and

costs; and it is finally

**ORDERED** that the Clerk of Court is directed to terminate any

pending motions and to close this case.

**SO ORDERED.**

Dated:     New York, New York
           10 June 2010


                                VICTOR MARRERO
                                  U.S.D.J.

-2-